IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00834-BNB

WILLIAM GILMORE,

    Applicant,

v.

LOU ARCHULETA, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 4 2007

GREGORY C. LANGHAM
CLERK

---

### ORDER TO TRANSFER APPLICATION TO COURT OF APPEALS

---

Applicant William Gilmore is a prisoner in the custody of the Colorado Department of Corrections at the Arkansas Valley Correctional Facility int Crowley, Colorado. Mr. Gilmore has filed a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. Mr. Gilmore is challenging the validity of his conviction in Adams County District Court Case No. 92-CR-198. For the reasons stated below, the Application will be transferred to the United States Court of Appeals for the Tenth Circuit.

Mr. Gilmore previously has sought habeas corpus relief in this Court pursuant to 28 U.S.C. § 2254. **See Gilmore v. Hesse**, No. 04-cv-01698-ZLW (D. Colo. Sept. 24, 2004). In Case No. 04-cv-01698-ZLW, Mr. Gilmore challenged the validity of the same state court conviction he is challenging in the instant action. The Application in 04-cv-01698-ZLW was denied as time-barred pursuant to 28 U.S.C. § 2244(d), and Mr.

Gilmore did not file an appeal. Therefore, the instant Application is a second or successive application.

Pursuant to 28 U.S.C. § 2244(b)(3), Mr. Gilmore must apply to the United States Court of Appeals for the Tenth Circuit for an order authorizing this Court to consider his second or successive application. Mr. Gilmore has not provided to the Court the necessary authorization from the Tenth Circuit. Therefore, the Court must transfer this action to the Tenth Circuit pursuant to 28 U.S.C. § 1631. *See Coleman v. United States*, 106 F.3d 339, 341 (10th Cir. 1997) (per curiam). Accordingly, it is

ORDERED that the Clerk of this Court transfer the instant action to the United States Court of Appeals for the Tenth Circuit pursuant to 28 U.S.C. § 1631.

DATED at Denver, Colorado, this 23 day of May, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00834-BNB

William Gilmore
Prisoner No. 63549
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/24/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk